People v Argudo (2024 NY Slip Op 05986)

People v Argudo

2024 NY Slip Op 05986

Decided on November 27, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 27, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
ROBERT J. MILLER
WILLIAM G. FORD
DEBORAH A. DOWLING, JJ.

2019-04958
2019-04959
 (Ind. No. 579/18, S.C.I. No. 421/19)

[*1]The People of the State of New York, respondent,
v
Xavier Argudo, appellant.

Patricia Pazner, New York, NY (Anna Jouravleva of counsel), for appellant.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill and Amanda Iannuzzi of counsel; Lorrie A. Zinno on the brief), for respondent.

DECISION & ORDER
Appeals by the defendant from two judgments of the Supreme Court, Queens County (John F. Zoll, J.), both rendered April 8, 2019, convicting him of grand larceny in the fourth degree under Indictment No. 579/18, and attempted burglary in the third degree under Superior Court Information No. 421/19, upon his pleas of guilty, and imposing sentences.
ORDERED that the judgments are affirmed.
The defendant's contentions regarding the validity and duration of orders of protection issued at the time of sentencing are unpreserved for appellate review, since he did not raise them at sentencing or move to amend the final orders of protection (see People v Nieves, 2 NY3d 310, 316-318; People v Ramos, 164 AD3d 922, 923). Under the circumstances, we decline to reach these contentions in the exercise of our interest of justice jurisdiction (see CPL 470.15[6][a]). "[T]he better practice—and best use of judicial resources—is for a defendant seeking adjustment of . . . an order [of protection] to request relief from the issuing court in the first instance, resorting to the appellate courts only if necessary" (People v Nieves, 2 NY3d at 317; see People v Crosby, 230 AD3d 597, 598; People v Cherry, 225 AD3d 893, 893).
BARROS, J.P., MILLER, FORD and DOWLING, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court